ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Nov 05, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>URIEL CASTILLO GARCIA and CARLOS STEVEN OCHOA,<br>Defendants. | CASE NO. 1:26-mj-00139-SAB<br>**SEALING ORDER**<br>**FILED UNDER SEAL** |

Upon Application of the United States of America, and good cause having been shown,

IT IS HEARBY ORDERED that the file in the above-captioned matter is SEALED until further order of this Court.

DATED: Nov 4, 2026

Hon. Stanley A. Boone
United States Magistrate Judge