IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

URIEL CASTILLO GARCIA and CARLOS STEVEN OCHOA,

Defendants.

CASE NO. 1:26-MJ-00139-SAB

**ORDER UNSEALING COMPLAINT**

The United States of America, having arrested the defendants, Uriel Castillo Garcia and Carlos Steven Ochoa, on arrest warrants, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrants shall be unsealed in their entirety.

IT IS SO ORDERED.

Dated: **November 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge